**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Darin L. King                          CHAPTER 7
        Sara M. King a/k/a Sara M. Garsteck

                                      BKY. NO. 22-21169 CMB
                      Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                             Respectfully submitted,

                             /s/ **Brian C. Nicholas**
                             Brian Nicholas
                             20 Jul 2022, 16:43:56, EDT

                             Brian C. Nicholas, Esq. (317240) ☑
                             Denise Carlon, Esq. (317226) ☐
                             Rebecca A. Solarz, Esq. (315936) ☐
                             KML Law Group, P.C.
                             BNY Mellon Independence Center
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106
                             412-430-3594
                             bkgroup@kmllawgroup.com