Form 154

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

14

In re:                                              Bankruptcy Case No.: 22−21169−CMB

                                                    Chapter: 7

**Darin L. King**                                   Sara M. King
   Debtor(s)                         aka Sara M. Garsteck

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **October 3, 2022**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                 Michael R. Rhodes
  U.S. Bankruptcy Court                        *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 7/25/22

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                    Case No. 22-21169-CMB

Darin L. King                                                                                                        Chapter 7

Sara M. King

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: admin                                Page 1 of 3

Date Rcvd: Jul 25, 2022                Form ID: 154                             Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Darin L. King, Sara M. King, 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679-1130 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15491512 | + | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 15491513 | | Jpmcb Card (Chase Freedom), PO Box 15369, Wilmington, DE 19850-5369 |
| 15491514 | | Jpmcb Card (Chase Prime), PO Box 15369, Wilmington, DE 19850-5369 |
| 15491517 | | Keybank/US Bank/CC, Attn: Bankruptcy, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: RECOVERYCORP.COM | Jul 26 2022 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15491500 | | Email/Text: backoffice@affirm.com | Jul 25 2022 23:49:00 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15491501 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 25 2022 23:48:00 | Apple Card/Gs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 15491502 | | EDI: BANKAMER.COM | Jul 26 2022 03:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15491503 | | EDI: BANKAMER.COM | Jul 26 2022 03:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15491504 | | EDI: CITICORP.COM | Jul 26 2022 03:48:00 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15491505 | | Email/Text: electronicbkydocs@nelnet.net | Jul 25 2022 23:48:00 | Department of Education/Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 15491506 | | EDI: NAVIENTFKASMDOE.COM | Jul 26 2022 03:48:00 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15491507 | | Email/Text: electronicbkydocs@nelnet.net | Jul 25 2022 23:48:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 15491508 | | EDI: DISCOVER.COM | Jul 26 2022 03:48:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15491509 | | EDI: DISCOVER.COM | Jul 26 2022 03:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15491510 | | Email/Text: psnyder@fcbanking.com | Jul 25 2022 23:48:00 | First Commonwealth Ban, 22 N 6th St, Indiana, PA 15701-1802 |
| 15491511 | + | Email/Text: psnyder@fcbanking.com | Jul 25 2022 23:48:00 | First Commonwealth Bank, Attn: Legal Department, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15491515 | | EDI: JPMORGANCHASE | | |

District/off: 0315-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 25, 2022 | Form ID: 154 | Total Noticed: 32

| ID | Bypass | Contact | Date | Name and Address |
|---|---|---|---|---|
| | | | Jul 26 2022 03:48:00 | Jpmcb Card (Chase Slate), PO Box 15369, Wilmington, DE 19850-5369 |
| 15491516 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 25 2022 23:49:00 | Keybank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15491518 | | EDI: NAVIENTFKASMSERV.COM | Jul 26 2022 03:48:00 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15492122 | + | EDI: PENNDEPTREV | Jul 26 2022 03:48:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15492122 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2022 23:48:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15491519 | | Email/PDF: ebnotices@pnmac.com | Jul 25 2022 23:54:13 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15491520 | + | Email/PDF: ebnotices@pnmac.com | Jul 25 2022 23:54:18 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 15491521 | | EDI: CITICORP.COM | Jul 26 2022 03:48:00 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15491522 | | EDI: RMSC.COM | Jul 26 2022 03:48:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 15491772 | + | EDI: RMSC.COM | Jul 26 2022 03:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15491523 | | EDI: RMSC.COM | Jul 26 2022 03:48:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15491525 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 25 2022 23:48:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 15491524 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 25 2022 23:48:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15491526 | | Email/Text: bankruptcydepartment@tsico.com | Jul 25 2022 23:49:00 | Transworld Sys Inc/55, PO Box 15270, Wilmington, DE 19850-5270 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone | on behalf of Joint Debtor Sara M. King robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com |
| Robert H. Slone | on behalf of Debtor Darin L. King robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com |

TOTAL: 5