# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Darin L. King<br>Sara M. King a/k/a Sara M. Garsteck<br><br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 22-21169 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon, Esq.
Brian C. Nicholas, Esq. (317240)
Denise Carlon, Esq. (317226)
Rebecca A. Solarz, Esq. (315936)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com