**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21169-CMB |
| **Darin L. King** | : | |
| **Sara M. King** | : | Chapter 7 |
| **aka Sara M. Garsteck,** | : | |
| | : | |
| **Debtors** | : | |

********************************************************************************

| | | |
|---|---|---|
| **Lisa M. Swope, Trustee of the** | : | |
| **Bankruptcy Estate of Darin L. King and** | : | Doc. No. 26 |
| **Sara M. King,** | : | Related to Doc. No. 25 |
| | : | |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| **v.** | : | **September 22, 2022 at 1:30 p.m.** |
| | : | |
| **No Respondents** | : | |

********************************************************************************

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING THE OBJECTION OF THE
CHAPTER 7 TRUSTEE TO THE DEBTORS' CLAIMED EXEMPTIONS**

TO THE RESPONDENT:

*You are hereby notified that the above Movant seeks an order affecting your rights or property*.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 05, 2022**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to imply file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once*.

A *Zoom Video Conference Hearing* will be held on **September 22, 2022, at 1:30 p.m.** before Chief Judge Carlota M. Böhm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least fifteen (15) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may used the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328. *All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Böhm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.* Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the

Internet.  When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements.

      Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service:  August 19, 2022 | */s/ Kevin J. Petak*, <br> Kevin J. Petak, Esquire <br> Spence, Custer, Saylor, Wolfe & Rose, LLC <br> PA ID No. 92154 <br> 1067 Menoher Boulevard <br> Johnstown, Pennsylvania 15905 <br> Tel: 814.536.0735 <br> Fax: 814.539.1423 <br> Email: kpetak@spencecuster.com <br> *Counsel to Chapter 7 Trustee* |