**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 22-21169-CMB** |
| **Darin L. King** | : | |
| **Sara M. King** | : | **Chapter 7** |
| **aka Sara M. Garsteck,** | : | |
| | : | |
| **Debtors** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Lisa M. Swope, Trustee of the** | : | |
| **Bankruptcy Estate of Darin L. King and** | : | **Doc. No.** |
| **Sara M. King,** | : | **Related to Doc. Nos. 25 & 26** |
| | : | |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| **v.** | : | **September 22, 2022 at 1:30 p.m.** |
| | : | |
| **No Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE OF THE OBJECTION OF THE CHAPTER 7 TRUSTEE TO THE DEBTORS' CLAIMED EXEMPTIONS ALONG WITH NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses below on or on the attached list on <u>August 19, 2022</u>.

The types of service made on the parties (first-class mail, electronic notification, hand deliver or another type of service) was: <u>first-class mail and electronic notification.</u>

If more than one method of service was employed, this certificate groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party serviced by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each person served by mail, is listed under the heading "Service by First-Class Mail."

<u>Service by NEF:</u>

Robert H. Slone, Esquire – robertslone223@gmail.com

<u>Service by First Class mail</u>:

Darin L. King – 2403 Mt. Pleasant Road, Ruff's Dale, PA 15679; and

Sara M. King – 2403 Mt. Pleasant Road, Ruff's Dale, PA 15679.

EXECUTED ON: August 19, 2022

                    By:    */s/ Kevin J. Petak*,
                             Kevin J. Petak, Esq.
                             Spence, Custer, Saylor, Wolfe & Rose, LLC
                             1067 Menoher Boulevard
                             Johnstown, PA 15905
                             Tel: 814.536.0735
                             Fax: 814.539.1423
                             Email:  kpetak@spencecuster.com
                             PA Bar ID # 92154
                             *Counsel to Chapter 7 Trustee*