**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**Darin L. King**<br>**Sara M. King**<br>**aka Sara M. Garsteck,**<br><br>       **Debtors** | Case No. 22-21169-CMB<br><br>Chapter 7 |
| **Lisa M. Swope, Trustee of the Bankruptcy Estate of Darin L. King and Sara M. King**,<br><br>       **Movant**<br><br>       **v.**<br><br>**No Respondents** | Doc. No. _____<br>Related to Doc. Nos. 23 & 24<br><br>Hearing Date & Time:<br>September 22, 2022 at 1:30 p.m. |

CERTIFICATE OF NO OBJECTION REGARDING THE MOTION TO RETAIN COUNSEL
FOR CHAPTER 7 TRUSTEE *NUNC PRO TUNC*

   The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Retain Counsel for Chapter 7 Trustee *Nunc Pro Tunc* filed on August 19, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Retain Counsel for Chapter 7 Trustee *Nunc Pro Tunc* appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Retain Counsel for Chapter 7 Trustee *Nunc Pro Tunc* were to be filed and served no later than September 5, 2022.

   It is hereby respectfully requested that the Order attached to the Motion be entered by this Court.

EXECUTED ON: September 7, 2022    Spence, Custer, Saylor, Wolfe & Rose, LLC

              By: /s/ Kevin J. Petak,
                 Kevin J. Petak, Esquire
                 PA I.D. #92154
                 1067 Menoher Boulevard
                 Johnstown, PA 15905
                 Tel: 814.536.0735
                 Fax: 814.539.1423
                 Email: kpetak@spencecuster.com
                 *Proposed Counsel for Trustee/Movant*