# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**Darin L. King**<br>**Sara M. King**<br>**aka Sara M. Garsteck,**<br><br>**Debtors** | Case No. 22-21169-CMB<br><br>Chapter 7 |
| **Lisa M. Swope, Trustee of the Bankruptcy Estate of Darin L. King and Sara M. King**,<br><br>**Movant**<br><br>v.<br><br>**No Respondents** | Doc. No. _____<br>Related to Doc. Nos. 25 & 26<br><br>Hearing Date & Time:<br>September 22, 2022 at 1:30 p.m. |

## CERTIFICATE OF NO OBJECTION REGARDING THE OBJECTION OF THE CHAPTER 7 TRUSTEE TO DEBTORS' CLAIMED EXEMPTIONS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection of the Chapter 7 Trustee to Debtors' Claimed Exemptions filed on August 19, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection of the Chapter 7 Trustee to Debtors' Claimed Exemptions appears thereon. Pursuant to the Notice of Hearing, objections to the Objection of the Chapter 7 Trustee to Debtors' Claimed Exemptions were to be filed and served no later than September 5, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by this Court.

EXECUTED ON: September 7, 2022                    Spence, Custer, Saylor, Wolfe & Rose, LLC

                                                                           By:    /s/ Kevin J. Petak,
                                                                                   Kevin J. Petak, Esquire
                                                                                   PA I.D. #92154
                                                                                   1067 Menoher Boulevard
                                                                                   Johnstown, PA 15905
                                                                                   Tel: 814.536.0735
                                                                                   Fax: 814.539.1423
                                                                                   Email: kpetak@spencecuster.com
                                                                                   *Proposed Counsel for Trustee/Movant*