IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21169-CMB |
| Darin L. King | : | |
| Sara M. King | : | Chapter 7 |
| aka Sara M. Garsteck, | : | |
| | : | |
| Debtors | : | |

*******************************************************************************

| | | |
|---|---|---|
| Lisa M. Swope, Trustee of the | : | |
| Bankruptcy Estate of Darin L. King and | : | Doc No. |
| Sara M. King, | : | Related to Doc. No. 25 |
| | : | |
| Movant | : | |
| | : | Hearing Date & Time: |
| v. | : | September 22, 2022 at 1:30 p.m. |
| | : | |
| Darin L. King and Sara M. King | : | |

*******************************************************************************

ORDER OF COURT    **ENTERED BY DEFAULT**

NOW, this 13th day of September, 2022, upon consideration of the *Objection of the Chapter 7 Trustee to the Debtors' Claimed Exemptions*, responses filed and hearing held, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Debtors' claimed exemptions in the "Automobile accident of 1/28/2021" pursuant to 11 U.S.C. § 522(d)(5), 11 U.S.C. § 522(d)(11)(D), and 11 U.S.C. § 522(d)(11)(E) are denied.

2. Any and all interests of the Debtors in the "Automobile accident of 1/28/2021" are property of the bankruptcy estate.

3. The within denial of the Debtors' claimed exemptions is without prejudice to the Debtors submitting amended claimed exemptions in the asset upon liquidation of the same. The Trustee retains any and all right to object or otherwise oppose any future amended exemptions.

FILED
9/13/22 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm, Chief Judge,
United States Bankruptcy Court

dmk

Page 1 of 1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21169-CMB |
| Darin L. King | Chapter 7 |
| Sara M. King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darin L. King, Sara M. King, 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679-1130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022               Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Kevin J. Petak | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee kpetak@spencecuster.com, skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
    on behalf of Joint Debtor Sara M. King robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com

Robert H. Slone
    on behalf of Debtor Darin L. King robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com

TOTAL: 8