## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br><br>**Darin L. King**<br>**Sara M. King**<br>**aka Sara M. Garsteck,**<br><br>       **Debtors** | Case No. 22-21169-CMB<br><br>Chapter 7 |
| **Lisa M. Swope, Trustee of the Bankruptcy Estate of Darin L. King and Sara M. King**,<br><br>       **Movant**<br><br>   **v.**<br><br>**No Respondents** | Doc. No. _____<br>Related to Doc. Nos. 45 & 46<br><br>**Hearing Date & Time:**<br>**January 17, 2023 at 1:30 p.m.** |

CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF THE CHAPTER 7 TRUSTEE TO CLOSE CASE AND RETAIN INTEREST IN CLAIM/CAUSE OF ACTION

	The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of the Chapter 7 Trustee to Close Case and Retain Interest in Claim/Cause of Action filed on December 20, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion of the Chapter 7 Trustee to Close Case and Retain Interest in Claim/Cause of Action appears thereon. Pursuant to the Notice of Hearing, objections to the Motion of the Chapter 7 Trustee to Close Case and Retain Interest in Claim/Cause of Action were to be filed and served no later than January 6, 2023.

	It is hereby respectfully requested that the Order attached to the Motion be entered by this Court.

EXECUTED ON: January 9, 2023		Spence, Custer, Saylor, Wolfe & Rose, LLC

			By:	/s/ Kevin J. Petak,
				Kevin J. Petak, Esquire
				PA I.D. #92154
				1067 Menoher Boulevard
				Johnstown, PA 15905
				Tel: 814.536.0735
				Fax: 814.539.1423
				Email: kpetak@spencecuster.com
				*Counsel for Trustee/Movant*