**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Case No. 22-21169-CMB** |
| **Darin L. King** <br> **Sara M. King** <br> **a/k/a Sara M. Garsteck,** | **Chapter 7** |
| **Debtors** | |
| **Lisa M. Swope, Trustee of the Bankruptcy Estate of Darin L. King and Sara M. King,** <br><br> **Movant** <br><br> **v.** <br><br> **No Respondents** | **Doc. No.** <br> **Related to Doc. No.** __45__ <br><br> **Hearing Date & Time:** <br> **January 17, 2023 at 1:30 p.m.** |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

**NOW**, this ___9th___ day of ___January___, 2023, upon consideration of the

*Motion of the Chapter 7 Trustee to Close Estate and Retain Interest in Claim/Cause of Action*,

Responses filed and hearing held, it is hereby ORDERED, ADJUDGED and DECREED that the

Estate be closed, but that such closing shall not act as abandonment of the Claim or any

proceeds derived thereunder, which shall remain property of this Estate, subject to the provision

that in the event the Trustee receives funds, the Trustee petition the Court to reopen this Estate

to allow for the distribution of any proceeds recovered.

FURTHER ORDERED that the Debtors shall advise their bankruptcy counsel and the

Trustee immediately if there is any recovery whether by settlement or verdict on the Claim.

BY THE COURT:

FILED
1/9/23 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*(signature)* Carlota M. Böhm
dmk

Carlota M. Böhm, Judge
United States Bankruptcy Court