IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-21169-CMB |
| Darin L. King<br>Sara M. King<br>a/k/a Sara M. Garsteck,<br><br>Debtors | Chapter 7 |
| Lisa M. Swope, Trustee of the Bankruptcy Estate of Darin L. King and Sara M. King,<br><br>Movant<br><br>v.<br><br>No Respondents | Doc. No.<br>Related to Doc. No. 45<br><br>Hearing Date & Time:<br>January 17, 2023 at 1:30 p.m. |

**ENTERED BY DEFAULT**
<u>**ORDER OF COURT**</u>

NOW, this ___9th___ day of ___January___, 2023, upon consideration of the *Motion of the Chapter 7 Trustee to Close Estate and Retain Interest in Claim/Cause of Action*, Responses filed and hearing held, it is hereby ORDERED, ADJUDGED and DECREED that the Estate be closed, but that such closing shall not act as abandonment of the Claim or any proceeds derived thereunder, which shall remain property of this Estate, subject to the provision that in the event the Trustee receives funds, the Trustee petition the Court to reopen this Estate to allow for the distribution of any proceeds recovered.

FURTHER ORDERED that the Debtors shall advise their bankruptcy counsel and the Trustee immediately if there is any recovery whether by settlement or verdict on the Claim.

BY THE COURT:

FILED
1/9/23 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*/s/ Carlota M. Böhm*    dmk
_____
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21169-CMB |
| Darin L. King | Chapter 7 |
| Sara M. King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Darin L. King, Sara M. King, 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679-1130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Kevin J. Petak | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee kpetak@spencecuster.com, skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
    on behalf of Joint Debtor Sara M. King robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com

Robert H. Slone
    on behalf of Debtor Darin L. King robertslone223@gmail.com rslone@pulsenet.com;G17689@notify.cincompass.com

TOTAL: 8