| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Darin L. King | Social Security number or ITIN xxx–xx–1713 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Sara M. King | Social Security number or ITIN xxx–xx–7068 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–21169–CMB | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Darin L. King                                    Sara M. King
                                                 aka Sara M. Garsteck

2/2/23                                           **By the court:** Carlota M Bohm
                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-21169-CMB
Darin L. King  Chapter 7
Sara M. King
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Feb 02, 2023      Form ID: 318      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darin L. King, Sara M. King, 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679-1130 |
| tr | ++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| 15501074 | + | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15491506 | | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15510324 | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15491513 | | Jpmcb Card (Chase Freedom), PO Box 15369, Wilmington, DE 19850-5369 |
| 15491514 | | Jpmcb Card (Chase Prime), PO Box 15369, Wilmington, DE 19850-5369 |
| 15491517 | | Keybank/US Bank/CC, Attn: Bankruptcy, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BLMSWOPE | Feb 03 2023 04:44:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| smg | | EDI: PENNDEPTREV | Feb 03 2023 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 03 2023 04:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2023 23:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 03 2023 04:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 02 2023 23:43:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15491500 | | Email/Text: backoffice@affirm.com | Feb 02 2023 23:43:00 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15501074 | + | EDI: MAXMSAIDV | Feb 03 2023 04:44:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15491501 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Feb 02 2023 23:43:00 | Apple Card/Gs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 15491502 | EDI: BANKAMER.COM | Feb 03 2023 04:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15491503 | EDI: BANKAMER.COM | Feb 03 2023 04:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15502586 | EDI: BANKAMER.COM | Feb 03 2023 04:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15491504 | EDI: CITICORP.COM | Feb 03 2023 04:44:00 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15508371 | EDI: CITICORP.COM | Feb 03 2023 04:44:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15491505 | Email/Text: electronicbkydocs@nelnet.net | Feb 02 2023 23:43:00 | Department of Education/Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 15491506 | EDI: MAXMSAIDV | Feb 03 2023 04:44:00 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15491507 | Email/Text: electronicbkydocs@nelnet.net | Feb 02 2023 23:43:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 15491508 | EDI: DISCOVER.COM | Feb 03 2023 04:44:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15501757 | EDI: DISCOVER.COM | Feb 03 2023 04:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15491509 | EDI: DISCOVER.COM | Feb 03 2023 04:44:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15491510 | Email/Text: SAABankruptcy@fcbanking.com | Feb 02 2023 23:43:00 | First Commonwealth Ban, 22 N 6th St, Indiana, PA 15701-1802 |
| 15491511 | + Email/Text: SAABankruptcy@fcbanking.com | Feb 02 2023 23:43:00 | First Commonwealth Bank, Attn: Legal Department, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15491512 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 02 2023 23:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 15543366 | EDI: JEFFERSONCAP.COM | Feb 03 2023 04:44:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15491515 | EDI: JPMORGANCHASE | Feb 03 2023 04:44:00 | Jpmcb Card (Chase Slate), PO Box 15369, Wilmington, DE 19850-5369 |
| 15508655 | + Email/Text: RASEBN@raslg.com | Feb 02 2023 23:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15491516 | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 02 2023 23:43:00 | Keybank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15491518 | EDI: NAVIENTFKASMSERV.COM | Feb 03 2023 04:44:00 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15492122 | + EDI: PENNDEPTREV | Feb 03 2023 04:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15492122 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2023 23:43:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15491519 | Email/PDF: ebnotices@pnmac.com | Feb 02 2023 23:54:41 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15491520 | + Email/PDF: ebnotices@pnmac.com | Feb 02 2023 23:54:35 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: 318 | Total Noticed: 45 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15491521 | | EDI: CITICORP.COM | Feb 03 2023 04:44:00 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15491522 | | EDI: RMSC.COM | Feb 03 2023 04:44:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 15518366 | + | EDI: RMSC.COM | Feb 03 2023 04:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15491772 | + | EDI: RMSC.COM | Feb 03 2023 04:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15491523 | | EDI: RMSC.COM | Feb 03 2023 04:44:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15491525 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 02 2023 23:43:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 15491524 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 02 2023 23:43:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15491526 | | Email/Text: bankruptcydepartment@tsico.com | Feb 02 2023 23:43:00 | Transworld Sys Inc/55, PO Box 15270, Wilmington, DE 19850-5270 |
| 15503535 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 02 2023 23:43:00 | U.S. DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 15515661 | | EDI: AIS.COM | Feb 03 2023 04:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Kevin J Petak |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| aty | *P++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270, address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 04, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Kevin J. Petak | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee kpetak@spencecuster.com, skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone | on behalf of Joint Debtor Sara M. King robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com |
| Robert H. Slone | on behalf of Debtor Darin L. King robertslone223@gmail.com  rslone@pulsenet.com;G17689@notify.cincompass.com |

TOTAL: 8