**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

In Re:

DARIN L. KING and
SARA M. KING
aka SARA M. GARSTECK,

    Debtors,

Case Number: 22-21169-CMB

Chapter 7

Related to Doc. Nos.: 55 & 56

UNITED STATES TRUSTEE,

    Movant,

    v.

NO RESPONDENT.

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the <u>United States Trustee's Motion to Reopen Chapter 7 Case</u> and <u>Notice of Hearing and Response Deadline</u> on the parties at the addresses specified below on. The type of service made was electronic notice using the CM/ECF System and/or U.S. Mail.

**Via CM/ECF:**

**Robert H. Slone, Esquire**
Mahady & Mahady
223 South Maple Avenue
Greensburg, PA 15601
Email: robertslone223@gmail.com

**Lisa M. Swope, Chapter 7 Trustee**
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931

Dated: July 27, 2023

**Via U.S. Mail:**

**Darin L. King**
2403 Mt Pleasant Rd
Ruffs Dale, PA 15679

**Sara M. King**
2403 Mt Pleasant Rd
Ruffs Dale, PA 15679

**ATTACHED MAILING MATRIX**

By:    <u>/s/ Jodi L. Hause</u>
Jodi L. Hause, Trial Attorney
PA ID 90625
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
(412) 644-4756 Telephone
(412) 644-4785 Facsimile
Email: Jodi.Hause@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 22-21169-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jul 27 13:28:33 EDT 2023 | First Commonwealth Bank<br>McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1220 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Toyota Motor Credit Corporation<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Affirm<br>650 California St Fl 12<br>San Francisco, CA 94108-2716 | Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | Apple Card/Gs Bank USA<br>PO Box 6112<br>Philadelphia, PA 19115-6112 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 |
| Citi/Sears<br>Citibank/Centralized Bankruptcy<br>PO Box 790034<br>Saint Louis, MO 63179-0034 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Department of Education/Nelnet<br>Attn: Claims<br>PO Box 82505<br>Lincoln, NE 68501-2505 |
| Dept of Ed/Aidvantage<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Dept of Education/Neln<br>PO Box 82561<br>Lincoln, NE 68501-2561 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Bank<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | First Commonwealth Ban<br>22 N 6th St<br>Indiana, PA 15701-1802 |
| First Commonwealth Bank<br>Attn: Legal Department<br>601 Philadelphia St<br>Indiana, PA 15701-3952 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>PO Box 70379<br>Philadelphia, PA 19176-0379 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Jpmcb Card (Chase Freedom)<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Jpmcb Card (Chase Prime)<br>PO Box 15369<br>Wilmington, DE 19850-5369 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Keybank NA<br>4910 Tiedeman Rd<br>Brooklyn, OH 44144-2338 | Keybank/US Bank/CC<br>Attn: Bankruptcy<br>4910 Tiedeman Rd<br>Brooklyn, OH 44144-2338 | Navient Solutions Inc<br>Attn: Bankruptcy<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Pennymac Loan Services<br>PO Box 514387<br>Los Angeles, CA  90051-4387 |
| Pennymac Loan Services, LLC<br>Attn: Correspondence<br>Unit PO Box 514387<br>Los Angeles, CA 90051-4387 | Sears/Cbna<br>PO Box 6217<br>Sioux Falls, SD  57117-6217 | Syncb/ppc<br>PO Box 965005<br>Orlando, FL  32896-5005 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony/Paypal Credit<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL  32896-5060 |
| Toyota Financial Services<br>Attn: Bankruptcy<br>PO Box 259001<br>Plano, TX  75025-9001 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Transworld Sys Inc/55<br>PO Box 15270<br>Wilmington, DE  19850-5270 |
| U.S. DEPARTMENT OF EDUCATION C/O NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN, NE 68508-1904 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Darin L. King<br>2403 Mt Pleasant Rd<br>Ruffs Dale, PA 15679-1130 |
| Lisa M. Swope, Chapter 7 Trustee<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931-0270 | Robert H. Slone<br>Mahady & Mahady<br>223 South Maple Avenue<br>Greensburg, PA 15601-3232 | Sara M. King<br>2403 Mt Pleasant Rd<br>Ruffs Dale, PA 15679-1130 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | Jpmcb Card (Chase Slate)<br>PO Box 15369<br>Wilmington, DE  19850-5369 |
| Toyota Motor Credit<br>4 Gatehall Dr Ste 350<br>Parsippany, NJ  07054-4522 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

(d)First Commonwealth Bank
McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1220

(u)Kevin J Petak

**End of Label Matrix**
Mailable recipients    47
Bypassed recipients     3
Total                  50