**U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: Darin L. King, Case Number 22-21169, CMB, Ref: [p-199074534]**

1 message

**USBankruptcyCourts@noticingcenter.com** <USBankruptcyCourts@noticingcenter.com>   Thu, Aug 17, 2023 at 12:49 PM
To: robertslone223@gmail.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

August 18, 2023

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
  In re: Darin L. King, Case Number 22-21169, CMB

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

---

Undeliverable Address:
PENNYMAC LOAN SERVICES, LLC    P.O. Box 30597
                               Los Angeles, CA  90030-0597
Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
PO Box 30597
Los Angeles, CA  90030-0597

Undeliverable Address:
Kevin J Petak    1067 Menoher Blvd.
                 Johnstown, PA  15905
Role type/cr id: aty
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
1067 Menoher Blvd
Johnstown, PA  15905

_[signature]_                                                    8/17/2023
Signature of Debtor or Debtor's Attorney                         Date