IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

In Re:

DARIN L. KING and
SARA M. KING
*aka* SARA M. GARSTECK,

    Debtors,

UNITED STATES TRUSTEE,

    Movant,

    v.

NO RESPONDENTS.

Case Number: 22-21169-CMB

Chapter 7

Related to Doc. No. 55
Hearing: August 22, 2023 at 1:30 p.m.

**BY DEFAULT**

### ORDER OF COURT REOPENING CASE AND ORDERING THE APPOINTMENT OF A TRUSTEE

AND NOW, on the 16th day of August, 2023, upon consideration of the United State Trustee's Motion to Reopen Chapter 7 Case (the "Motion") and the Court finding that that it is necessary and in the best interests of creditors to reopen the bankruptcy case of Darin L. King and Sara M. King *aka* Sara M. Garsteck and to appoint a chapter 7 trustee to investigate and/or administer a potential asset, IT IS HEREBY ORDERED that the bankruptcy case of Darin L. King and Sara M. King *aka* Sara M. Garsteck is REOPENED.

It is FURTHER ORDERED that the United States Trustee shall appoint a chapter 7 trustee in this case.

BY THE COURT:

FILED
8/16/23 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm, Judge    jah
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21169-CMB |
| Darin L. King | Chapter 7 |
| Sara M. King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darin L. King, Sara M. King, 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679-1130 |
| 15510324 | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15491513 | | Jpmcb Card (Chase Freedom), PO Box 15369, Wilmington, DE 19850-5369 |
| 15491514 | | Jpmcb Card (Chase Prime), PO Box 15369, Wilmington, DE 19850-5369 |
| 15491517 | | Keybank/US Bank/CC, Attn: Bankruptcy, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 17 2023 01:27:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 17 2023 01:03:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15491500 | | Email/Text: backoffice@affirm.com | Aug 17 2023 01:10:00 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15501074 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 17 2023 02:25:55 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15491501 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 17 2023 01:03:00 | Apple Card/Gs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 15491502 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 17 2023 01:01:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15491503 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 17 2023 01:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15502586 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 17 2023 01:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15491504 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 04:27:17 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15508371 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 01:27:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15491505 | | Email/Text: electronicbkydocs@nelnet.net | Aug 17 2023 01:08:00 | Department of Education/Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 15491506 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 17 2023 04:27:21 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15491507 | | Email/Text: electronicbkydocs@nelnet.net | Aug 17 2023 01:08:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 15491508 | | Email/Text: mrdiscen@discover.com | | |

Case 22-21169-CMB    Doc 63    Filed 08/18/23    Entered 08/19/23 00:56:40    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15501757 | | Email/Text: mrdiscen@discover.com | Aug 17 2023 01:01:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15491509 | | Email/Text: mrdiscen@discover.com | Aug 17 2023 01:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15491510 | | Email/Text: SAABankruptcy@fcbanking.com | Aug 17 2023 01:01:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15491511 | + | Email/Text: SAABankruptcy@fcbanking.com | Aug 17 2023 01:04:00 | First Commonwealth Ban, 22 N 6th St, Indiana, PA 15701-1802 |
| 15491512 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 17 2023 01:04:00 | First Commonwealth Bank, Attn: Legal Department, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15543366 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 17 2023 01:03:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 15491515 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 17 2023 01:09:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15508655 | + | Email/Text: RASEBN@raslg.com | Aug 17 2023 00:58:54 | Jpmcb Card (Chase Slate), PO Box 15369, Wilmington, DE 19850-5369 |
| 15491516 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 17 2023 01:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15491518 | | Email/PDF: pa_dc_claims@navient.com | Aug 17 2023 01:08:00 | Keybank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15492122 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 17 2023 02:02:38 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15491519 | | Email/PDF: ebnotices@pnmac.com | Aug 17 2023 01:07:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15491520 | + | Email/PDF: ebnotices@pnmac.com | Aug 17 2023 00:59:46 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15491521 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 01:26:30 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 15491522 | | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 02:36:06 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15518366 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 00:58:34 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 15491772 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 01:27:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15491523 | | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 01:28:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15491525 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 17 2023 02:02:36 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15491524 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 17 2023 01:04:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 15491526 | | Email/Text: bankruptcydepartment@tsico.com | Aug 17 2023 01:04:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15503535 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 17 2023 01:09:00 | Transworld Sys Inc/55, PO Box 15270, Wilmington, DE 19850-5270 |
| 15515661 | | Email/PDF: ebn_ais@aisinfo.com | Aug 17 2023 01:08:00 | U.S. DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |

| | Aug 17 2023 04:27:17 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Kevin J Petak |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Kevin J. Petak | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee kpetak@spencecuster.com, skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone | on behalf of Joint Debtor Sara M. King robertslone223@gmail.com Slone.RobertB123224@notify.bestcase.com |
| Robert H. Slone | on behalf of Debtor Darin L. King robertslone223@gmail.com Slone.RobertB123224@notify.bestcase.com |

District/off: 0315-2                                        User: auto                                              Page 4 of 4
Date Rcvd: Aug 16, 2023                          Form ID: pdf900                                    Total Noticed: 42
TOTAL: 9