IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Bankruptcy No. 22-21169-CMB** |
| **DARIN L. KING** | ) | |
| **SARA M. KING** | ) | **Chapter 7** |
| | ) | |
| Debtors | ) | RE: Document No. 64 |
| | ) | |
| **DARIN L. KING** | ) | |
| **SARA M. KING** | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **NO RESPONDENTS** | ) | |

**CERTIFICATE OF SERVICE FOR AMENDMENT TO SCHEDULES A/B AND C**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the addresses specified below on August 21, 2023 by the following:

By First Class U.S. Mail:

U.S. Trustee's Office
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Lisa M. Swope, Chapter 7 Trustee
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931

Kevin J. Petak
Spence Custer Saylor Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905

EXECUTED ON:  August 21, 2023

By: /s/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com