IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 22-21169-CMB |
| DARIN L. KING | ) | |
| SARA M. KING | ) | Chapter 7 |
| | ) | |
| Debtors | ) | RE: Document Nos. 64 & 66 |
| | ) | |
| DARIN L. KING | ) | |
| SARA M. KING | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

**CERTIFICATE OF SERVICE FOR AMENDMENT TO SCHEDULES A/B AND C
AND TEXT ORDER DATED 8/22/2023 FILED AT DOCKET NO. 66**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the addresses specified below on August 23, 2023 by the following:

By First Class U.S. Mail:

| | | |
|---|---|---|
| U.S. Trustee's Office<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | **Lisa M. Swope, Chapter 7 Trustee**<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931 | **Kevin J. Petak**<br>Spence Custer Saylor Wolfe & Rose, LLC<br>1067 Menoher Boulevard<br>Johnstown, PA 15905 |

EXECUTED ON:  August 23, 2023

By: /s/ ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com