Aidvantage on behalf of The Department of Education.
PO BOX 300001
Greenville, TX  75403

# Aidvantage on behalf of The Department of Education

August 24, 2023

RE: Case No:  22-21169

Name:   DARIN L KING

Bankruptcy Court Clerk:

Please withdraw the Proof of Claim #2 for the above-named case, which was signed and sent to the court by Aidvantage on behalf of Department of Education Loan Services.  The Proof of Claim was discharged.

Any Questions concerning this matter may be directed to 1-800-722-1300.

Sincerely,

/s/Jennifer Musial
Bankruptcy Analyst