**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21169-CMB |
| **Darin L. King** | : | |
| **Sara M. King** | : | **Chapter 7** |
| **aka Sara M. Garsteck,** | : | |
| | : | |
| **Debtors** | : | |

*****************************************************************************

| | | |
|---|---|---|
| **Lisa M. Swope, Trustee of the** | : | |
| **Bankruptcy Estate of Darin L. King** | : | **Doc. No. 79** |
| **and Sara M. King,** | : | **Related to Doc. No. 78** |
| | : | |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| v. | : | **October 03, 2023 at 1:30 p.m.** |
| | : | |
| **Darin L. King and Sara M. King,** | : | |
| | : | |
| **Respondents** | : | |

*****************************************************************************

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING THE OBJECTION OF THE CHAPTER 7 TRUSTEE TO DEBTORS' CLAIMED AMENDED EXEMPTIONS**

TO THE RESPONDENT(S):

*You are hereby notified that the above Movant seeks an order affecting your rights or property*.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 25, 2023**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov.  If you fail to imply file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the Judge's calendar posted on the Court's website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once*.

A hearing will be held on **October 03, 2023**, **at 1:30 p.m**. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Unless otherwise ordered, parties may also appear for non-evidentiary hearings remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in a hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be

found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: September 08, 2023

/s/ Kevin J. Petak,
Kevin J. Petak, Esquire
Spence, Custer, Saylor, Wolfe & Rose, LLC
PA ID No. 92154
1067 Menoher Boulevard
Johnstown, Pennsylvania 15905
Tel: 814.536.0735
Fax: 814.539.1423
Email: kpetak@spencecuster.com
*Counsel to Chapter 7 Trustee*