**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21169-CMB |
| | : | |
| **Darin L. King and** | : | Chapter 7 |
| **Sara M. King** | : | |
| **aka Sara M. Garsteck,** | : | |
| | : | |
| **Debtors** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Lisa M. Swope, Trustee of the Bankruptcy** | : | |
| **Estate of Darin L. King and Sara M. King,** | : | **Doc. No. 80** |
| | : | **Related to Doc. Nos. 78 & 79** |
| **Movant** | : | |
| | : | |
| v. | : | **Hearing Date & Time** |
| | : | **October 03, 2023 at 1:30 p.m.** |
| **Darin L. King and Sara M. King,** | : | |
| | : | |
| **Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE OF THE OBJECTION OF THE CHAPTER 7 TRUSTEE TO THE DEBTORS' CLAIMED AMENDED EXEMPTIONS ALONG WITH NOTICE OF HEARING AND RESPONSE DEADLINE**

I certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 08, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the hearing "Service by First Class Mail."

Service by First-Class Mail:

Darin L. King – 2403 Mt. Pleasant Road, Ruff's Dale, PA 15679; and

Sara M. King – 2403 Mt. Pleasant Road, Ruff's Dale, PA 15679.

Service by NEF:

Jodi Hause, Esquire - on behalf of the Office of the United States Trustee – jodi.hause@usdoj.gov;

Office of the United States Trustee – ustpregion03.pi.ecf@usdoj.gov;

Robert H. Slone, Esquire – on behalf of Sara M. King – robertslone223@gmail.com; and

Robert H. Slone, Esquire – on behalf of Darin L. King – robertslone223@gmail.com.

EXECUTED ON:  September 08, 2023

          By:      */s/ Kevin J. Petak*,
                    Kevin J. Petak, Esquire
                    Spence, Custer, Saylor, Wolfe & Rose, LLC
                    1067 Menoher Boulevard
                    Johnstown, PA 15905
                    Tel: 814.536.0735
                    Fax:  814.539.1423
                    Email: kpetak @spencecuster.com
                    PA ID No. 92154