**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**Darin L. King<br>Sara M. King<br>aka Sara M. Garsteck,**<br><br>        **Debtors** | Case No. 22-21169-CMB<br><br>Chapter 7 |
| **Lisa M. Swope, Trustee of the Bankruptcy Estate of Darin L. King and Sara M. King**,<br><br>        **Movant**<br><br>    **v.**<br><br>**Darin L. King and Sara M. King,**<br><br>        **Respondents** | Doc. No. _____<br>Related to Doc. Nos. 72 & 73<br><br>Hearing Date & Time:<br>October 3, 2023 at 1:30 p.m. |

### CERTIFICATE OF NO OBJECTION REGARDING THE APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL TO THE ESTATE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Approve Employment of Special Counsel to the Estate filed on September 6, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Approve Employment of Special Counsel to the Estate appears thereon. Pursuant to the Notice of Hearing, objections to the Application to Approve Employment of Special Counsel to the Estate were to be filed and served no later than September 23, 2023.

It is hereby respectfully requested that the Order attached to the Application be entered by this Court.

EXECUTED ON: October 2, 2023                Spence, Custer, Saylor, Wolfe & Rose, LLC

                            By:    /s/ Kevin J. Petak,
                                Kevin J. Petak, Esquire
                                PA I.D. #92154
                                1067 Menoher Boulevard
                                Johnstown, PA 15905
                                Tel:  814.536.0735
                                Fax:  814.539.1423
                                Email:  kpetak@spencecuster.com
                                *Counsel for Trustee/Movant*