**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**Darin L. King<br>Sara M. King<br>aka Sara M. Garsteck,**<br><br>      **Debtors** | **Case No. 22-21169-CMB**<br><br>**Chapter 7** |
| **Lisa M. Swope, Trustee of the Bankruptcy Estate of Darin L. King and Sara M. King**,<br><br>      **Movant**<br><br>     **v.**<br><br>**Darin L. King, Sara M. King, Bradley C. Egyed, and Massaro Law, L.L.C.,**<br><br>      **Respondents** | **Doc. No. \_\_\_\_\_<br>Related to Doc. Nos. 74 & 75**<br><br>**Hearing Date & Time:<br>October 3, 2023 at 1:30 p.m.** |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF THE CHAPTER 7 TRUSTEE TO APPROVE SETTLEMENT AND COMPROMISE OF DISPUTED CLAIMS AND FOR APPROVAL AND PAYMENT OF COUNSEL FEES AND <u>COSTS TO SPECIAL COUNSEL</u>**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of the Chapter 7 Trustee to Approve Settlement and Compromise of Disputed Claims and for Approval and Payment of Counsel Fees and Costs to Special Counsel filed on September 6, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion of the Chapter 7 Trustee to Approve Settlement and Compromise of Disputed Claims and for Approval and Payment of Counsel Fees and Costs to Special Counsel appears thereon. Pursuant to the Notice of Hearing, objections to the Motion of the Chapter 7 Trustee to Approve Settlement and Compromise of Disputed Claims and for Approval and Payment of Counsel Fees and Costs to Special Counsel were to be filed and served no later than September 23, 2023.

      It is hereby respectfully requested that the Order attached to the Motion be entered by this Court.

EXECUTED ON: October 2, 2023              Spence, Custer, Saylor, Wolfe & Rose, LLC

                                      By:    <u>/s/ Kevin J. Petak,</u><br>
                                                Kevin J. Petak, Esquire<br>
                                                PA I.D. #92154

1067 Menoher Boulevard
Johnstown, PA 15905
Tel:  814.536.0735
Fax:  814.539.1423
Email:  kpetak@spencecuster.com
*Counsel for Trustee/Movant*