# PROCEEDING MEMO

**Date: 10/03/2023 01:30 pm**

**In re:   Darin L. King**
**Sara M. King**

**Bankruptcy No. 22-21169-CMB**
**Chapter: 7**
**Doc. # 78**

**Appearances:   Robert Slone, Esq.**
**Kevin Petak, Esq.**

**Nature of Proceeding: #78 Objection of the Chapter 7 Trustee to Debtors' Claim of Amended Exemptions**

**Outcome:**   Hearing held.  Hearing continued to 11/14/2023 at at 1:30 p.m. if no Consent Order is entered .

**Carlota Böhm**
**U.S. Bankruptcy Judge**