IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Darin L. King and | : | Case No: 22-21169-CMB |
|    Sara M. King | : | Chapter 7 |
|    aka Sara M. Garsteck, | : | |
| | : | |
|    Debtors | : | Related to Doc. No. 72 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Darin L. King and Sara M. King, | : | |
| | : | Hearing Date & Time: |
|    Movant | : | October 03, 2023 at 1:30 p.m. |
| | : | |
| vs. | : | **ENTERED BY DEFAULT** |
| | : | |
| Darin L. King and | : | |
| Sara M. King, | : | |
| | : | |
|    Respondents | : | |
| | : | |

### ORDER EMPLOYING SPECIAL COUNSEL TO THE ESTATE

**AND NOW**, this 3rd day of October, 2023, upon consideration of the **MOTION OF TRUSTEE TO RETAIN COUNSEL**, it is **ORDERED, ADJUDGED and DECREED** as follows:

   1. The above-referenced Motion is hereby approved as of the date the Motion was filed.

   2. **Massaro Law L.L.C., 152 E. Otterman Street, Greensburg, PA 15601** is hereby appointed as *Special Counsel* to the estate in this bankruptcy proceeding for the reasons set forth in the Motion.

   3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required

by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

> BY THE COURT:
>
> _____
> **CARLOTA M. BÖHM**,    jah
> UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Kevin Petak, Esq.

FILED
10/3/23 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-21169-CMB

Darin L. King  Chapter 7

Sara M. King

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Oct 03, 2023  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darin L. King, Sara M. King, 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679-1130 |
| sp | + | Joseph Massaro, Massaro Law, L.L.C., 152 E Otterman Street, Greensburg, PA 15601-2534 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

**Name**  **Email Address**

Denise Carlon
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Kevin J. Petak
    on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee kpetak@spencecuster.com, skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Lisa M. Swope, Chapter 7 Trustee
on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com,
PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope, Chapter 7 Trustee
lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
on behalf of Joint Debtor Sara M. King robertslone223@gmail.com  Slone.RobertB123224@notify.bestcase.com

Robert H. Slone
on behalf of Debtor Darin L. King robertslone223@gmail.com  Slone.RobertB123224@notify.bestcase.com

TOTAL: 9