**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Darin L. King and  Case No. 22-21169 CMB
Sara M. King

                           Chapter 7

    Debtor

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please enter the appearance of Elvina Rofael on behalf of the United States Trustee in the above captioned matter.

                           Respectfully Submitted,

                           ANDREW R. VARA
                           UNITED STATES TRUSTEE
                           Regions 3 and 9

By:    */s/ Elvina Rofael*
       Elvina Rofael, Trial Attorney
       California ID #333919
       William S. Moorhead Federal Building
       1000 Liberty Avenue, Suite 1316
       Pittsburgh, Pennsylvania 15222
       (412) 644-4756 Telephone
       Elvina.Rofael@usdoj.gov