**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**Darin L. King and**<br>**Sara M. King,**<br><br>       **Debtors** | **Case No. 22-21169-CMB**<br>**Chapter 7** |
| **Lisa M. Swope, Trustee of the Bankruptcy Estate of Darin L. King and Sara M. King,**<br><br>       **Movant**<br><br>   **v.**<br><br>**No Respondents** | **Doc. No. _____**<br>**Related to Doc. Nos. 96, 97, 98 & 99**<br><br>**Hearing Date & Time:**<br>**October 24, 2024 at 1:30 p.m.** |

CERTIFICATE OF NO OBJECTION REGARDING THE TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

   The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation filed on September 11, 2024 and September 12, 2024, have been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Final Report and Applications for Compensation appears thereon.  Pursuant to the Notice of Hearing, objections to the Trustee's Final Report and Applications for Compensation were to be filed and served no later than October 7, 2024.

   It is hereby respectfully requested that the Orders attached to the Applications be entered by this Court.

EXECUTED ON: October 8, 2024                NEUGEBAUER & SWOPE, P.C.

                              By:   /s/ Lisa M. Swope,
                                 Lisa M. Swope, Esquire
                                 PA ID # 77003
                                 219 South Center Street
                                 P.O. Box 270
                                 Ebensburg, PA 15931
                                 Tel:  814.472.7151
                                 Email: lms@nsslawfirm.com
                                 *Trustee and Attorney for Trustee*