IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21169-CMB |
| | : | |
| Darin L. King and | : | Chapter 7 |
| Sara M. King, | : | |
| | : | |
| Debtors | : | |

*****************************************************************************

| | | |
|---|---|---|
| Kevin J. Petak, Esquire and Spence, Custer, | : | Doc. No. _____ |
| Saylor, Wolfe & Rose, LLC, | : | Related to Doc. No. __97__ |
| | : | |
| Movant | : | Hearing Date & Time: |
| | : | October 24, 2024 at 1:30 p.m. |
| v. | : | |
| | : | **ENTERED BY DEFAULT** |
| NO RESPONDENTS | : | |

*****************************************************************************

ORDER OF COURT

AND NOW, to wit, this __8th__ day of __October__, 2024, the Court having considered the Final Application for Professional Compensation for Counsel to the Chapter 7 Trustee filed in this case, IT IS HEREBY ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED that the application for approval of professional fees and expenses of counsel to the Chapter 7 Trustee by Kevin J. Petak, Esquire and the law firm of Spence, Custer, Saylor, Wolfe & Rose, LLC, on Exhibit "B" of the application in the amount of $7,560.00 and expenses incurred in the amount of $290.03 were necessary, provided a benefit to this Estate, and that the charges therefore were fair and reasonable, and as such, the same are approved as professional fees and expenses, which fees and expenses are allowed as Chapter 7 Section 507(a)(1) priority claims.

FILED
10/8/24 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm* dmk
_____
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21169-CMB |
| Darin L. King | Chapter 7 |
| Sara M. King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Oct 08, 2024　　　　　　　　　　Form ID: pdf900　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darin L. King, Sara M. King, 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679-1130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Elvina Rofael | |
| | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Gary W. Darr | |
| | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Jodi Hause | |
| | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Kevin J. Petak | |
| | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee kpetak@spencecuster.com, skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Lisa M. Swope, Chapter 7 Trustee
on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope, Chapter 7 Trustee
lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
on behalf of Joint Debtor Sara M. King robertslone223@gmail.com Slone.RobertB123224@notify.bestcase.com

Robert H. Slone
on behalf of Debtor Darin L. King robertslone223@gmail.com Slone.RobertB123224@notify.bestcase.com

TOTAL: 10