**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                               :
    Darin L. King                              :        Case No: 22-21169-CMB
    Sara M. King,                              :        Chapter 7
        Debtors                           :
                                  :
    Lisa M. Swope, Esquire, Trustee            :        Doc. No.
    of the Bankruptcy Estate of                :        Related to Doc. No.  96
    Darin L. King and Sara M. King,            :
        Movant                            :
                                    :        Hearing Date & Time:
    vs.                                        :
                                    :        **ENTERED BY DEFAULT**
    No Respondents                             :

<u>ORDER OF COURT</u>

    AND NOW, this <u>8th</u> day of <u>  October  </u>, 2024, after notice and review by the Court, it

hereby is **ORDERED, ADJUDGED** and **DECREED** that the **Trustee's Final Report and**

**Account and Proposed Order of Distribution BE AND ARE APPROVED. TRUSTEE**

**SWOPE IS ORDERED** to make distribution pursuant to same.

FILED
10/8/24 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                        *Carlota M. Böhm*
                    CARLOTA M. BÖHM
                    UNITED STATES BANKRUPTCY COURT

**CASE ADMINISTRATOR TO SERVE:**
    Lisa M. Swope, Esq.

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No. 22-21169
Case Name:  DARIN L. KING AND
            SARA M. KING
Trustee Name: Lisa M. Swope

**Balance on hand:**    $            39,685.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $            39,685.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lisa M. Swope | 11,886.44 | 0.00 | 11,886.44 |
| Attorney for Trustee Fees (Other Firm) - Spence, Custer, Saylor, Wolfe & Rose, LLC | 7,560.00 | 0.00 | 7,560.00 |
| Attorney for Trustee Expenses (Other Firm)  - Spence, Custer, Saylor, Wolfe & Rose, LLC | 290.03 | 0.00 | 290.03 |

Total to be paid for chapter 7 administrative expenses:    $            19,736.47
Remaining balance:    $            19,949.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:    $            19,949.02

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $831.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 1P | PA Department of Revenue | 831.00 | 0.00 | 831.00 |

| | | |
|---|---|---:|
| Total to be paid for priority claims: | $ | 831.00 |
| Remaining balance: | $ | 19,118.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $70,969.07 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 2 | Aidvantage on behalf of | 0.00 | 0.00 | 0.00 |
| 3 | Discover Bank | 9,266.49 | 0.00 | 2,496.26 |
| 4 | Bank of America, N.A. | 5,724.99 | 0.00 | 1,542.23 |
| 5 | U.S. DEPARTMENT OF EDUCATION C/O NELNET | 30,180.21 | 0.00 | 8,130.10 |
| 6 | Citibank, N.A. | 3,498.96 | 0.00 | 942.57 |
| 7 | JPMorgan Chase Bank, N.A. | 3,183.63 | 0.00 | 857.62 |
| 8 | JPMorgan Chase Bank, N.A. | 3,509.05 | 0.00 | 945.29 |
| 9 | JPMorgan Chase Bank, N.A. | 1,150.73 | 0.00 | 309.99 |
| 10 | First Commonwealth Bank | 4,421.16 | 0.00 | 1,191.00 |
| 11 | Verizon | 270.42 | 0.00 | 72.85 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC | 4,560.52 | 0.00 | 1,228.53 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC | 5,202.91 | 0.00 | 1,401.58 |

| | | |
|---|---|---:|
| Total to be paid for timely general unsecured claims: | $ | 19,118.02 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None      |          |                         |                          |                  |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $         0.00 |
| Remaining balance: | $         0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $52.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1U | PA Department of Revenue | 52.25 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $         0.00 |
| Remaining balance: | $         0.00 |

Date: Jun 26, 2024          Signed: /s/ Lisa M. Swope
                            Lisa M. Swope, Trustee
                            219 South Center Street
                            Ebensburg, PA 15931
                            (814) 472-7151

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 22-21169-CMB
Darin L. King                                                                    Chapter 7
Sara M. King
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2
Date Rcvd: Oct 08, 2024                       Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Darin L. King, Sara M. King, 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679-1130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Kevin J. Petak | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee kpetak@spencecuster.com, skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |

User: auto

Date Rcvd: Oct 08, 2024 Form ID: pdf900 Total Noticed: 1

Lisa M. Swope, Chapter 7 Trustee
on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com,
PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope, Chapter 7 Trustee
lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone
on behalf of Joint Debtor Sara M. King robertslone223@gmail.com  Slone.RobertB123224@notify.bestcase.com

Robert H. Slone
on behalf of Debtor Darin L. King robertslone223@gmail.com  Slone.RobertB123224@notify.bestcase.com

TOTAL: 10