**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| DARIN L. KING | § | Case No. 22-21169 |
| SARA M. KING | § | Chapter 7 |
| Debtor(s) | § | |
| ============ | § | |
| Lisa M. Swope, Chapter 7 Trustee, | § | |
| Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| No Respondents | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lisa M. Swope, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $165,470.00 | Assets Exempt: | $117,640.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $19,949.02 | Claims Discharged Without Payment: | $192,867.60 |
| Total Expenses of Administration: | $152,779.78 | | |

UST Form 101-7-TDR ( 10 /1/2010)

3) Total gross receipts of $350,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $177,271.20 (see **Exhibit 2**), yielded net receipts of $172,728.80 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $152,779.78 | $152,779.78 | $152,779.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $831.00 | $831.00 | $831.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $180,967.30 | $71,021.32 | $71,021.32 | $19,118.02 |
| **TOTAL DISBURSEMENTS** | $180,967.30 | $224,632.10 | $224,632.10 | $172,728.80 |

4) This case was originally filed under chapter 7 on 06/17/2022. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/23/2024          By: /s/ Lisa M. Swope
                                                 Trustee , Bar No.: 77003

**UST Form 101-7-TDR ( 10 /1/2010)**

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adjustment to payment of personal injury settlement | 1142-000 | -$630.00 |
| Adjustment- deposit was entered with incorrect amount. | 1142-000 | $630.00 |
| Automobile accident of 1/28/2021-Represented by Joseph Massaro, Esq. 152 E. Otterman St. Greensburg, PA 16501 | 1142-000 | $350,000.00 |
| TOTAL GROSS RECEIPTS | | $350,000.00 |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DARIN L. KING | payment of exemption per settlement | 8100-002 | $177,271.20 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $177,271.20 |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lisa M. Swope | 2100-000 | NA | $11,886.44 | $11,886.44 | $11,886.44 |
| Bond Payments - BOND | 2300-000 | NA | $22.77 | $22.77 | $22.77 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $315.55 | $315.55 | $315.55 |
| Attorney for Trustee Fees (Other Firm) - Massaro Law L.L.C. | 3210-000 | NA | $129,500.00 | $129,500.00 | $129,500.00 |
| Attorney for Trustee Fees (Other Firm) - Spence, Custer, Saylor, Wolfe & Rose, LLC | 3210-000 | NA | $7,560.00 | $7,560.00 | $7,560.00 |
| Attorney for Trustee Expenses (Other Firm) - Massaro Law L.L.C. | 3220-000 | NA | $3,204.99 | $3,204.99 | $3,204.99 |
| Attorney for Trustee Expenses (Other Firm) - Spence, Custer, Saylor, Wolfe & Rose, LLC | 3220-000 | NA | $290.03 | $290.03 | $290.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$152,779.78** | **$152,779.78** | **$152,779.78** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | PA Department of Revenue | 5800-000 | NA | $831.00 | $831.00 | $831.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$831.00** | **$831.00** | **$831.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | PA Department of Revenue | 7300-000 | NA | $52.25 | $52.25 | $0.00 |
| 2 | Aidvantage on behalf of | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3 | Discover Bank | 7100-000 | $9,226.00 | $9,266.49 | $9,266.49 | $2,496.26 |
| 4 | Bank of America, N.A. | 7100-000 | $5,724.00 | $5,724.99 | $5,724.99 | $1,542.23 |
| 5 | U.S. DEPARTMENT OF EDUCATION C/O NELNET | 7100-000 | NA | $30,180.21 | $30,180.21 | $8,130.10 |
| 6 | Citibank, N.A. | 7100-000 | $3,385.00 | $3,498.96 | $3,498.96 | $942.57 |
| 7 | JPMorgan Chase Bank, N.A. | 7100-000 | $3,183.00 | $3,183.63 | $3,183.63 | $857.62 |
| 8 | JPMorgan Chase Bank, N.A. | 7100-000 | $3,469.00 | $3,509.05 | $3,509.05 | $945.29 |
| 9 | JPMorgan Chase Bank, N.A. | 7100-000 | $1,111.00 | $1,150.73 | $1,150.73 | $309.99 |
| 10 | First Commonwealth Bank | 7100-000 | $4,312.00 | $4,421.16 | $4,421.16 | $1,191.00 |
| 11 | Verizon | 7100-000 | NA | $270.42 | $270.42 | $72.85 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | $4,431.00 | $4,560.52 | $4,560.52 | $1,228.53 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | $5,162.00 | $5,202.91 | $5,202.91 | $1,401.58 |
| N/F | Affirm | 7100-000 | $1,456.96 | NA | NA | NA |
| N/F | Affirm | 7100-000 | $653.34 | NA | NA | NA |
| N/F | Department of Education/Nelnet | 7100-000 | $2,216.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | Department of Education/Nelnet | 7100-000 | $2,774.00 | NA | NA | NA |
| --- | --- | --- | --- | --- | --- | --- |
| N/F | Department of Education/Nelnet | 7100-000 | $5,617.00 | NA | NA | NA |
| N/F | Department of Education/Nelnet | 7100-000 | $5,514.00 | NA | NA | NA |
| N/F | Department of Education/Nelnet | 7100-000 | $3,585.00 | NA | NA | NA |
| N/F | Department of Education/Nelnet | 7100-000 | $4,435.00 | NA | NA | NA |
| N/F | Department of Education/Nelnet | 7100-000 | $3,097.00 | NA | NA | NA |
| N/F | Department of Education/Nelnet | 7100-000 | $2,939.00 | NA | NA | NA |
| N/F | Goldman Sachs Bank USA | 7100-000 | $1,544.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $2,081.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $2,907.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $2,775.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $3,916.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $16,975.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $17,954.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $5,544.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $6,984.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $4,226.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $10,250.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $7,863.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $8,181.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $1,635.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Navient Solutions Inc | 7100-000 | $10,527.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $1,135.00 | NA | NA | NA |
| N/F | Navient Solutions Inc | 7100-000 | $4,124.00 | NA | NA | NA |
| N/F | Transworld Sys Inc/55 | 7100-000 | $56.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$180,967.30** | **$71,021.32** | **$71,021.32** | **$19,118.02** |

Case 22-21169-CMB    Doc 110    Filed 01/08/25    Entered 01/08/25 11:43:47    Desc Main
Document      Page 7 of 12

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 22-21169 | Trustee Name: | (580800) Lisa M. Swope |
|---|---|---|---|
| Case Name: | DARIN L. KING SARA M. KING | Date Filed (f) or Converted (c): | 06/17/2022 (f) |
| | | § 341(a) Meeting Date: | 07/22/2022 |
| For Period Ending: | 12/23/2024 | Claims Bar Date: | 10/03/2022 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2403 Mt Pleasant Rd, Ruffs Dale, PA 15679, Westmoreland County | 130,000.00 | 107,830.00 | | 0.00 | FA |
| 2 | 2015 Subaru Impreza AWD, 75000 miles | 10,700.00 | 10,700.00 | | 0.00 | FA |
| 3 | 2018 Mitsubishi Outlander2WD, 90000 miles | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 4 | Houehold furnishings for 2 BRs, 1 bath, LR, kitchen, washer & dryer | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Cell phones (2), TV, computer | 750.00 | 0.00 | | 0.00 | FA |
| 6 | 9mm Taurus pistol | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Apparel for two adults | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding rings, costume jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Pet cats (2) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Account: First Commonwealth Bank | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Savings Account: First Commonwealth Bank | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 401(k) or Similar Plan: 401(k)-Phillips | 7,000.00 | 0.00 | | 0.00 | FA |
| 14* | Automobile accident of 1/28/2021- Represented by Joseph Massaro, Esq. 152 E. Otterman St. Greensburg, PA 16501 (See Footnote) | 350,000.00 | 266,300.00 | | 350,000.00 | FA |
| 14 | **Assets Totals (Excluding unknown values)** | **$515,470.00** | **$397,830.00** | | **$350,000.00** | **$0.00** |

RE PROP# 14    Objected to Debtors' claimed exemption.  Sustained by Court; subject to Debtors' right to amend.
08/21/2023 - amended Schedule B filed disclosing value of asset at $350,000.
10/3/23 - default order entered approving settlement of claim/cause(s) of action.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 22-21169  
**Case Name:** DARIN L. KING  
SARA M. KING  

**For Period Ending:** 12/23/2024

**Trustee Name:** (580800) Lisa M. Swope  
**Date Filed (f) or Converted (c):** 06/17/2022 (f)  
**§ 341(a) Meeting Date:** 07/22/2022  
**Claims Bar Date:** 10/03/2022

**Major Activities Affecting Case Closing:**

08.18.2022 - objection to debtors' claimed exemptions in automobile accident.
08.30.2022 - letter to PI attorney requesting status update on claim litigation and estimate of value.
09.06.2022 - response letter from PI attorney; still in discovery/medical records stage; no opinion of value.
09.30.2022- waiting for bar date to pass and then motion to close and except interest
06.12.2023 - tc with R. Slone - proposed settlement in PI case of $350k. Slone to provide me with details to reopen case.
08.16.2023 - Default Order entered granting US Trustee Motion to Reopen Case.
08.24.2023 - POC #2 withdrawn at ECF No. 68.
08.29.2023 - received documents from state court counsel for retention as well as settlement motion purposes.
09.06.2023 - motion to retain special counsel and motion to approve settlement filed with Court. Hearing date of October 03, 2023.
10.03.2023 - default orders entered approving retention of special counsel for estate and approval of settlement. Initial hearing on Trustee's Objection to Amended Exemptions.
10.27.2023 - order entered approving consent order resolving objection to debtors' claimed amended exemptions.
12.31.23- waiting to collect non-exempt portion of assets
04.29.24 - TFR and fee application preparation completed.

**Initial Projected Date Of Final Report (TFR):** 12/31/2022    **Current Projected Date Of Final Report (TFR):** 06/26/2024 (Actual)

_____12/23/2024_____  
Date

_____/s/Lisa M. Swope_____  
Lisa M. Swope

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 22-21169 | Trustee Name: | Lisa M. Swope (580800) |
|---|---|---|---|
| Case Name: | DARIN L. KING | Bank Name: | Metropolitan Commercial Bank |
| | SARA M. KING | Account #: | ******6587 Checking |
| Taxpayer ID #: | **-***5809 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/25/23 | | Massaro Law LLC | settlement personal injury | | 217,925.01 | | 217,925.01 |
| | {14} | Massaro Law L.L.C. | Personal Injury Settlement Proceeds per Order of Court $350,000.00 | 1142-000 | | | |
| | | Massaro Law L.L.C. | Court approved special counsel fees. -$129,500.00 | 3210-000 | | | |
| | | Massaro Law L.L.C. | Court approved special counsel expenses -$3,204.99 | 3220-000 | | | |
| | | | Adjustment- deposit was entered with incorrect amount. $630.00 | 1142-000 | | | |
| 10/26/23 | {14} | Massaro Law LLC | payment of personal injury settlement | 1142-000 | 217,925.01 | | 435,850.02 |
| 10/26/23 | {14} | Massaro Law LLC | Deposit Reversal: settlement personal injury | 1142-000 | -217,925.01 | | 217,925.01 |
| 10/27/23 | | Massaro Law LLC | Adjustment to payment of personal injury settlement | 1142-000 | -630.00 | | 217,295.01 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 23.81 | 217,271.20 |
| 11/15/23 | 101 | DARIN L. KING | settlement on exemption Voided on 11/20/2023 | 8100-004 | | 40,000.00 | 177,271.20 |
| 11/20/23 | 101 | DARIN L. KING | settlement on exemption Voided: check issued on 11/15/2023 | 8100-004 | | -40,000.00 | 217,271.20 |
| 11/20/23 | 102 | DARIN L. KING | payment of exemption per settlement | 8100-002 | | 177,271.20 | 40,000.00 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 167.87 | 39,832.13 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.79 | 39,802.34 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.80 | 39,767.54 |
| 02/10/24 | 103 | International Sureties, LTD | 2024 Lisa Swope Trustee | 2300-000 | | 22.77 | 39,744.77 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.66 | 39,715.11 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.62 | 39,685.49 |
| 10/23/24 | 104 | Lisa M. Swope | Distribution payment - Dividend paid at 100.00% of $11,886.44; Claim # FEE; Filed: $11,886.44 | 2100-000 | | 11,886.44 | 27,799.05 |
| 10/23/24 | 105 | Spence, Custer, Saylor, Wolfe & Rose, LLC | Combined payments for claim number TEE ATTYEXP, TEE ATTYFEE | | | 7,850.03 | 19,949.02 |
| | | Spence, Custer, Saylor, Wolfe & Rose, LLC | Claims Distribution - Wed, 06-26-2024 $290.03 | 3220-000 | | | |
| | | Spence, Custer, Saylor, Wolfe & Rose, LLC | Claims Distribution - Wed, 06-26-2024 $7,560.00 | 3210-000 | | | |

Page Subtotals:    $217,295.01    $197,345.99

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 22-21169 | Trustee Name: | Lisa M. Swope (580800) |
|---|---|---|---|
| Case Name: | DARIN L. KING | Bank Name: | Metropolitan Commercial Bank |
|  | SARA M. KING | Account #: | ******6587 Checking |
| Taxpayer ID #: | **-***5809 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/23/24 | 106 | PA Department of Revenue | Distribution payment - Dividend paid at 100.00% of $831.00; Claim # 1P; Filed: $831.00 | 5800-000 | | 831.00 | 19,118.02 |
| 10/23/24 | 107 | Discover Bank | Distribution payment - Dividend paid at 26.94% of $9,266.49; Claim # 3; Filed: $9,266.49 | 7100-000 | | 2,496.26 | 16,621.76 |
| 10/23/24 | 108 | Bank of America, N.A. | Distribution payment - Dividend paid at 26.94% of $5,724.99; Claim # 4; Filed: $5,724.99 | 7100-000 | | 1,542.23 | 15,079.53 |
| 10/23/24 | 109 | U.S. DEPARTMENT OF EDUCATION C/O NELNET | Distribution payment - Dividend paid at 26.94% of $30,180.21; Claim # 5; Filed: $30,180.21 | 7100-000 | | 8,130.10 | 6,949.43 |
| 10/23/24 | 110 | Citibank, N.A. | Distribution payment - Dividend paid at 26.94% of $3,498.96; Claim # 6; Filed: $3,498.96 | 7100-000 | | 942.57 | 6,006.86 |
| 10/23/24 | 111 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 26.94% of $3,183.63; Claim # 7; Filed: $3,183.63 | 7100-000 | | 857.62 | 5,149.24 |
| 10/23/24 | 112 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 26.94% of $3,509.05; Claim # 8; Filed: $3,509.05 | 7100-000 | | 945.29 | 4,203.95 |
| 10/23/24 | 113 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 26.94% of $1,150.73; Claim # 9; Filed: $1,150.73 | 7100-000 | | 309.99 | 3,893.96 |
| 10/23/24 | 114 | First Commonwealth Bank | Distribution payment - Dividend paid at 26.94% of $4,421.16; Claim # 10; Filed: $4,421.16 | 7100-000 | | 1,191.00 | 2,702.96 |
| 10/23/24 | 115 | Verizon | Distribution payment - Dividend paid at 26.94% of $270.42; Claim # 11; Filed: $270.42 | 7100-000 | | 72.85 | 2,630.11 |
| 10/23/24 | 116 | JEFFERSON CAPITAL SYSTEMS LLC | Distribution payment - Dividend paid at 26.94% of $4,560.52; Claim # 12; Filed: $4,560.52 | 7100-000 | | 1,228.53 | 1,401.58 |
| 10/23/24 | 117 | JEFFERSON CAPITAL SYSTEMS LLC | Distribution payment - Dividend paid at 26.94% of $5,202.91; Claim # 13; Filed: $5,202.91 | 7100-000 | | 1,401.58 | 0.00 |
| | | **COLUMN TOTALS** | | | 217,295.01 | 217,295.01 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 217,295.01 | 217,295.01 | |
| | | Less: Payments to Debtors | | | | 177,271.20 | |
| | | **NET Receipts / Disbursements** | | | **$217,295.01** | **$40,023.81** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

**Case No.:** 22-21169
**Case Name:** DARIN L. KING
SARA M. KING

**Taxpayer ID #:** **-***5809
**For Period Ending:** 12/23/2024

**Trustee Name:** Lisa M. Swope (580800)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******6587 Checking
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $217,295.01 |
| Plus Gross Adjustments: | $132,074.99 |
| Less Payments to Debtor: | $177,271.20 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $172,098.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6587 Checking | $217,295.01 | $40,023.81 | $0.00 |
| | **$217,295.01** | **$40,023.81** | **$0.00** |

12/23/2024
Date

/s/Lisa M. Swope
Lisa M. Swope

UST Form 101-7-TDR (10 /1/2010)